COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ABATEMENT ORDER

Appellate case name:      Allan Ramon Martinez v. The State of Texas

Appellate case number:   01-22-00488-CR

Trial court case number:  1563904

Trial court:               339th District Court of Harris County

The appellate record was due on August 22, 2022. The clerk's record was filed on August 18, 2022, but the court reporter, Elizabeth Cordova, has failed to file the reporter's record.

On August 22, 2022, the Court granted a request that the deadline for filing the reporter's record be extended to September 21, 2022. On September 9, 2022, the Court granted a request that the deadline for filing the reporter's record be extended to October 10, 2022. On October 9, 2022, the Court granted a request that the deadline for filing the reporter's record be extended to October 31, 2022. The reporter's record was not filed by the extended deadline. Accordingly, on November 2, 2022, the Court ordered the court reporter to file the record by December 2, 2022. The Court subsequently issued an order on November 17, 2022, ordering the court reporter to file the record by December 17, 2022. In our November 17, 2022 order, the Court notified the court reporter that no further extensions will be considered absent exceptional circumstances, and that the failure to file the reporter's record by the extended deadline would result in the Court issuing an order directing the trial court to "conduct a hearing to determine the reason for the failure to file the record." The reporter's record was not filed by the ordered deadline.

Accordingly, we **abate** the appeal and direct the trial court, within **30 days of this order**, to (1) conduct a hearing to determine the reason for the failure to timely file the reporter's record; (2) set a deadline by which the reporter's record will be filed with the Clerk of this Court; and (3) enter written findings of fact, conclusions of law, and recommendations as to these issues. A representative of the Harris County District Attorney's office, appellant's counsel, and the court reporter, Elizabeth Cordova, shall be present at the abatement hearing. At the trial court's discretion, appellant may be present for the hearing in person or, if appellant is incarcerated, appellant may participate in the hearing by closed-circuit video teleconferencing.

The trial court shall have a court reporter record the hearing and file the reporter's record with this Court within **15 days** of the date of the hearing. The trial court clerk is directed to file, within **15 days** of the date of the hearing, a supplemental clerk's record containing the trial court's findings, recommendations, and any order made. *See* TEX. R. APP. P. 34.5(c).

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental clerk's record and the reporter's record of the hearing are filed in this Court.

It is so ORDERED.


Judge's signature: _____/s/ Sarah B. Landau_____
                                        Acting individually


Date:  ___January 26, 2023_____